UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

DIMITRIY NEZHINSKIY and JUAN VILLAR

    Defendants.
----------------------------------------------------------------x

NOTICE OF APPEARANCE

Docket No.: CR 25-40

Enter my appearance as counsel in this case on behalf of the defendant, DIMITRIY NEZHINSKIY.

All further notices and copies of pleadings, papers and other material relevant to this action should be directed and served upon Vincent J. Licata, P.C. I certify that I am admitted to practice in and before the United States District Court, Eastern District of New York.

Dated: New York, New York
       February 4, 2025

VINCENT J. LICATA, P.C.
Vincent J. Licata (1011)
225 Broadway Suite 3707
New York, New York 10007
212-349-6565
lawoffice225@aol.com