

U.S. Department of Justice

United States Attorney
Eastern District of New York

MRM:KPO
F. #2025R00053

271 Cadman Plaza East
Brooklyn, New York 11201

March 20, 2025

By E-Mail and ECF

The Honorable William F. Kuntz
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Dimitriy Nezhinskiy, et al.
             Criminal Docket No. 25-40 (WFK)

Dear Judge Kuntz:

      At the status conference held on February 7, 2025, the Court directed the parties to meet and confer with respect to a proposed briefing schedule for pre-trial motions in the above-referenced case and to provide a proposed schedule to the Court by February 28, 2025. On February 26, 2025, the parties jointly request a three-week adjournment of the Court's deadline for a proposed briefing schedule for pre-trial motions; the Court granted this request on February 27, 2025 and set a deadline for filing a joint pretrial motion schedule by March 21, 2025.

      The parties have met and conferred; the parties jointly and respectfully request that pretrial motions are due in 60 days, by May 20, 2025, responses are due 30 days later, by June 19, 2025 and any replies are due 19 days later, by July 8, 2025.

      Respectfully submitted,

      JOHN J. DURHAM
      United States Attorney

By:      /s/

      Michael R. Maffei
      Katherine P. Onyshko
      Sean M. Sherman
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    David Eskew, Esq. (by ECF)
       Peter Toumbekis, Esq. (by ECF)
       Clerk of Court (by ECF)