UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

DIMITRIY NEZHINSKIY & JUAN VILLAR,

                             Defendants.
-----------------------------------------------------------------X

**ORDER**
25-CR-40 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of the decision of the United States Court of Appeals for the Second Circuit at ECF No. 37, dated April 1, 2025 ("April 1st Decision"), vacating the Court's Order at ECF No. 23 and remanding for consideration of the adequacy of any proposed bail conditions. In light of the Government's letter request at ECF No. 38, the Court ORDERS Defendants Nezhinskiy and Villar temporarily detained pending the status conference scheduled for Monday, April 7, 2025 at 12:00 Noon.

SO ORDERED.

s/ WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: April 2, 2025
      Brooklyn, New York